# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2019

159234

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

HENRY ALBERT MOORE, JR.,
   Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159234
COA: 346874
Eaton CC: 2018-020012-FH

On order of the Court, the application for leave to appeal the February 4, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Eaton Circuit Court. Sentencing courts must "consult the applicable guidelines range and take it into account when imposing a sentence" and shall "justify the sentence imposed in order to facilitate appellate review." *People v Lockridge*, 498 Mich 358, 392 (2015). See also *People v Smith*, 482 Mich 292 (2008). On remand, the court shall either issue an order that articulates why the 49-month departure is warranted, or resentence the defendant.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019



a1023

Clerk